IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03060-NYW-NRN

AMA NYARKO,

Plaintiff,

v.

TODD W. BLANCHE, United States Attorney General,
MARKWAYNE MULLIN, Secretary of the Department of Homeland Security,
JOSEPH B. EDLOW, Director of the United States Citizenship & Immigration Services,
ROB MATHER, District Director, Denver District, United States Citizenship & Immigration Services, and
ANDREW LAMBRECHT, Field Office Director, United States Citizenship & Immigration Services,

Defendants.

---

# ORDER SETTING STATUS CONFERENCE

---

Entered by Magistrate Judge N. Reid Neureiter

The above-captioned case has been referred to Magistrate Judge N. Reid Neureiter pursuant to the Order Referring Case entered by Judge Nina Y. Wang on November 10, 2026, (ECF No. 20).

**IT IS HEREBY ORDERED** that a Status Conference shall be held on:

March 3, 2027 at 10:30 a.m.
in Courtroom A-401,
Fourth Floor,
Alfred A. Arraj United States Courthouse,
901 19th Street,
Denver, Colorado 80294

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made FIVE (5) business days in advance of the date of appearance.**

**The Status Conference will be conducted via telephone. The parties are directed to call the conference line as a participant at (571) 353-2301, Access Code 841686937# at the scheduled time.**

If this date is not convenient for any counsel/pro se party, he/she should confer with opposing counsel/pro se party and file a motion to reschedule the conference to a more convenient date. Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a motion is filed no less than FIVE (5) business days in advance of the date of appearance.

All out-of-state counsel shall comply with D.C.COLO.LAttyR 3(a) prior to the Status Conference. It is the responsibility of counsel to notice the court of their entry of appearance, notice of withdrawal, or notice of change of counsel's address, e-mail address, or telephone number by complying with the ECF Procedures and filing the appropriate motion or document with the court.

Please remember that everyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification and be subject to security procedures. *See* D.C.COLO.LCivR 83.2. Failure to comply with the identification requirement and security procedures will result in denial of entry into the Alfred A. Arraj United States Courthouse.

DONE AND SIGNED THIS 13TH DAY OF NOVEMBER 2026.

BY THE COURT:

s/N. Reid Neureiter
N. REID NEUREITER
United States Magistrate Judge